

APR 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-04-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING INDICTMENT AS TO PEARLIEJO SAMANTHA OLD DWARF WITHOUT PREJUDICE |
| PEARLIEJO SAMANTHA OLD DWARF, | |
| Defendant. | |

The United States has filed an unopposed motion, pursuant to Fed. R. Crim. P. 48(a), to dismiss the indictment as to Pearliejo Samantha Old Dwarf without prejudice (Doc. 131). For good cause being shown,

IT IS HEREBY ORDERED that the indictment as to Pearliejo Samantha Old Dwarf is **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that the trial scheduled to begin on May 7, 2018, and all pending deadlines are **VACATED.**

1

DATED this 26th day of April, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge